IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| ARLENE ROBINSON o/b/o, M.R. | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 0:10-00146-MBS-PJG ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

**<u>ORDER</u>**

Upon consideration of Defendant's Motion for Entry of Judgment with Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), with consent of the parties and good cause appearing therefore, the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), [1] and REMANDS the cause to the Commissioner for further administrative proceedings.

Accordingly, on remand, the Appeals Council would direct the ALJ to further evaluate the claimant's impairments under the functional domains, with particular emphasis on the domain of acquiring and using information.

IT IS SO ORDERED.

/s/ Margaret B. Seymour
United States District Judge

September 14, 2010.
Columbia, South Carolina.

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.