IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Arlene Robinson, o/b/o M.R., ) | |
| ) | C/A No. 0:10-0146-MBS |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| Michael J. Astrue, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff Arlene Robinson brought this action to obtain judicial review of a final decision of Defendant Commissioner of Social Security denying M.R.'s claims for disability benefits. See 42 U.S.C. § 405(g). On September 13, 2010, Defendant filed a motion to remand pursuant to sentence four of 42 U.S.C. § 405(g), seeking remand to allow the Administrative Law Judge to further evaluate the M.R.'s impairments under the functional domains, with particular emphasis on the domain of acquiring and using information. ECF No. 15. The court issued an order granting the motion to remand on September 14, 2010. ECF No. 16.

This matter is before the court on Plaintiff's motion for an order awarding attorney's fees under the Equal Access to Justice Act (EAJA), 42 U.S.C. § 2412(d). Plaintiff seeks attorney's fees in the amount of $2,075.43 (12.7 hours X $163.42 per hour). On October 22, 2010, Defendant filed a response indicating that he did not oppose Plaintiff's motion. Accordingly,

IT IS ORDERED that Plaintiff's motion for fees under the EAJA (ECF No. 18) be **granted** in the amount of $2,075.43.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
United States District Judge

Columbia, South Carolina
December 2, 2010.